IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| REBECCA SIMONTON, | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:23-CV-02184 |
| | § | |
| HOUSTON METHODIST | § | |
| CONTINUING CARE HOSPITAL, | § | |
| *Defendant* | § | |

### NOTICE OF APPEARANCE OF
### MICHELLE N. MATHEWS FOR DEFENDANT

Defendant, Houston Methodist Continuing Care Hospital ("Houston Methodist")

notifies the Court and Plaintiff of the appearance of its counsel and requests that she be

provided with notice by electronic means of any and all documents filed in this case:

Michelle N. Mathews
S.D. Tex. Admission No. 3674403
Texas Bar No. 24116679
*mmathews@scottpattonlaw.com*
**SCOTT PATTON PC**
5301 Katy Freeway, Suite 201
Houston, Texas 77007
Phone: (281) 377-3311
Fax: (281) 377-3267

Daniel Patton shall remain attorney in charge for Defendant.

Respectfully submitted,

By: */s/ Daniel Patton*
     Daniel Patton
     Federal Bar No. 26200
     Texas Bar No. 24013302
     *dpatton@scottpattonlaw.com*

ATTORNEY IN CHARGE FOR DEFENDANT

OF COUNSEL:

Kirby Lodholz
S.D. Tex. Admission No. 1055345
Texas State Bar No. 24070188
*klodholz@scottpattonlaw.com*
Michelle N. Mathews
S.D. Tex. Admission No. 3674403
Texas Bar No. 24116679
*mmathews@scottpattonlaw.com*
Patrick M. Palmer II
S.D. Tex. Admission No. 3542529
Texas Bar No. 24116871
*palmer@scottpattonlaw.com*
**SCOTT PATTON PC**
5301 Katy Freeway, Suite 201
Houston, Texas 77007
Phone: (281) 377-3311
Fax: (281) 377-3267

## CERTIFICATE OF SERVICE

I certify that on June 22, 2023, a true and correct copy of *Notice of Appearance of Michelle N. Mathews for Defendant* was served on all counsel of record by the Court's ECF filing system.

Audia Jones
LAW OFFICE OF AUDIA JONES, PC
2450 Louisiana Street, Suite 400, Box 506
Houston, Texas 77006
audia@audiajones.com

*Attorney for Plaintiff*


/s/ Daniel Patton
Daniel Patton