UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| REBECCA SIMONTON, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:23-CV-02184 |
| | § | |
| HOUSTON METHODIST | § | |
| CONTINUING CARE HOSPITAL, | § | |
| | § | |
| *Defendant*. | § | |

## NOTICE OF APPEARANCE OF
## MICHAEL K. BURKE FOR DEFENDANT

Defendant, Houston Methodist Continuing Care Hospital ("Houston Methodist"), notifies the Court and Plaintiff of the appearance of its additional counsel and requests that he be provided with notice by electronic means of any and all documents filed in this case:

Michael K. Burke
S.D. Tex. Admission No. 24356
Texas Bar No. 24012359
mburke@scottpattonlaw.com
**SCOTT PATTON PC**
5301 Katy Freeway, Suite 201
Houston, Texas 77007
Phone: (281) 377-3311
Fax:    (281) 377-3267

Daniel Patton shall remain attorney-in-charge for Houston Methodist.

Respectfully submitted,

By: */s/ Michael K. Burke*
Michael K. Burke
S.D. Tex. Admission No. 24356
Texas Bar No. 24012359
mburke@scottpattonlaw.com

OF COUNSEL:

Daniel Patton
S.D. Tex. Admission No. 26200
Texas Bar No. 24013302
dpatton@scottpattonlaw.com
**KIRBY LODHOLZ**
S.D. Tex. Admission No. 1055345
Texas Bar No. 24070188
klodholz@scottpattonlaw.com
**MICHELLE N. MATHEWS**
S.D. Tex. Admission No. 3674403
State Bar No. 24116679
mmathews@scottpattonlaw.com
5301 Katy Freeway, Suite 201
Houston, Texas 77007
Telephone: (281) 377-3311
Facsimile:  (281) 377-3267
**SCOTT PATTON PC**
5301 Katy Freeway, Suite 201
Houston, Texas 77007
Phone: (281) 377-3311
Fax:     (281) 377-3267

## CERTIFICATE OF SERVICE

I certify that on January 3, 2024, a true and correct copy of *Notice of Appearance of Michael K. Burke for Defendant* was served on all counsel of record by the Court's ECF filing system.

Audia Jones
Email: audia@audiajones.com
Email: litigation@audiajones.com
LAW OFFICE OF AUDIA JONES, PC
2450 Louisiana Street, Suite 400, Box 506
Houston, Texas 77006

*Attorney-in-Charge for Plaintiff*

*/s/ Michael K. Burke*
Michael K. Burke