IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| REBECCA SIMONTON,<br>*Plaintiff* | § § § | |
| v. | § § | CIVIL ACTION NO. 4:23-CV-02184 |
| HOUSTON METHODIST<br>CONTINUING CARE HOSPITAL,<br>*Defendant* | § § § § | |

## **NOTICE OF APPEARANCE OF LISA VENTRESS**

**TO THE HONORABLE SIM LAKE:**

Plaintiff, Rebecca Simonton, gives notice to the Court that Lisa Ventress is appearing as Counsel of record for Plaintiff in this matter. Ms. Ventress is admitted to practice in the U.S. District Court for the Southern District of Texas and is a member in good standing of the State Bar of Texas. Plaintiff respectfully requests Ms. Ventress be served with all future correspondence and pleadings in this case.

Respectfully submitted,

THE VENTRESS FIRM, P.C.

By: */s/ Lisa Ventress*
Lisa Ventress
State Bar No. 24076751
Federal Bar No. 3471199
1322 Space Park Drive, Suite C222
Houston, Texas 77058
(832) 240-4365/Phone
(832) 565-1752/Fax
lisa@theventressfirm.com

**Attorney for Plaintiff**

## CERTIFICATE OF SERVICE

I certify that on January 11, 2024, a true and correct copy of *Notice of Appearance of Lisa Ventress* was served on all counsel of record by the Court's ECF filing system.

**Daniel Patton**
dpatton@scottpattonlaw.com
**Kirby Lodholz**
klodholz@scottpattonlaw.com
**Michelle Mathews**
mmathews@scottpattonlaw.com
**SCOTT PATTON PC**
5301 Katy Freeway, Suite 201
 Houston, Texas 77007
Telephone: (281) 377-3311
**ATTORNEYS FOR DEFENDANT**

                                        */s/ Lisa Ventress*
                                          Lisa Ventress