United States District Court
Southern District of Texas
**ENTERED**
February 13, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| REBECCA SIMONTON, | § | |
| *Plaintiff,* | § | |
| | § | |
| vs. | § | |
| | § | CIVIL ACTION NO.4:23-CV-02184 |
| HOUSTON METHODIST | § | |
| CONTINUING CARE HOSPITAL | § | |
| *Defendant.* | § | |

### ORDER GRANTING PLAINTIFF'S MOTION TO SUBSTITUTE COUNSEL

On this day, came on to be considered Plaintiff's Motion to Substitute Counsel, and the Court having considered the Motion, and the agreement of the affected Plaintiff, is of the opinion that said motion is good and should be GRANTED. It is, therefore,

ORDERED, ~~ADJUDGED and DECREED~~ that Audia Jones and the Law Office of Audia Jones, P.C. shall be permitted to withdraw as counsel of record for Plaintiff, Rebecca Simonton and that Lisa Ventress and The Ventress Firm, P.C. shall be substituted as the attorney of record for Plaintiff, Rebecca Simonton, herein.

SIGNED this **13th** day of **February**, 202**4**.

_____
HONORABLE JUDGE PRESIDING

AGREED TO AND APPROVED BY:

**LAW OFFICE OF AUDIA JONES, P.C.**

By: /s/ Audia Jones  - with permission
Audia Jones
State Bar No. 24066433
Federal Bar No. 3365076
2450 Louisiana St., Suite 400, Box 506
Houston, Texas 77006
(713) 714-6519/Phone
(832)764-7971/Fax
litigation@audiajones.com
audia@audiajones.com
**Withdrawing Attorney For Plaintiff**


**THE VENTRESS FIRM, P.C.**

By: /s/ Lisa Ventress
Lisa Ventress
State Bar No. 24076751
Federal Bar No. 3471199
1322 Space Park Drive, Suite C222
Houston, Texas 77058
(832) 240-4365/Phone
(832) 565-1752/Fax
lisa@theventressfirm.com
**Substituting Attorney For Plaintiff**