United States District Court
Southern District of Texas
**ENTERED**
August 22, 2024
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| REBECCA SIMONTON, § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> HOUSTON METHODIST § <br> CONTINUING CARE HOSPITAL, § <br> *Defendant*. § | Case No. 4:23-cv-02184 |

## MINUTE ORDER

The Court held a discovery hearing in this case on August 22, 2024. Pending before the Court is Defendant's motion to compel. ECF No. 27. Plaintiff filed a response. ECF No. 34. Counsel informed the Court that several issues have been mooted by agreement. Counsel for Defendant provided a summary of this case and argued the remaining issues raised in the motion. Plaintiff's counsel argued in opposition. For the reasons stated on the record at the hearing, Defendant's motion to compel, ECF No. 27, is **GRANTED IN PART AND DENIED IN PART**. On or before August 30, 2024, Plaintiff shall execute limited authorizations to release her employment records and medical records. As stated on the record, Plaintiff's employment records shall be limited to current and future employment, and Plaintiff's medical records shall be limited to mental health and disability (POTS) treatment records beginning 5 years prior to her employment with Defendant. In all other respects, the motion is **DENIED**.

The Court sets this matter for a status conference on October 29, 2024, at 9:30 a.m. Counsel will receive a Zoom link by separate communication.

**IT IS SO ORDERED.**

Signed on August 22, 2024, at Houston, Texas.

*Dena Palermo*
_____
**Dena Hanovice Palermo
United States Magistrate Judge**