United States District Court
Southern District of Texas
**ENTERED**
November 01, 2024
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| REBECCA SIMONTON, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Case No. 4:23-cv-02184 |
| | § | |
| HOUSTON METHODIST | § | |
| CONTINUING CARE HOSPITAL, | § | |
| *Defendant*. | § | |

## SECOND AMENDED DOCKET CONTROL ORDER

Anticipated Length of Trial:  32-36  Hrs.   Jury:   X    Non-Jury:  _____

The disposition of this case will be controlled by the following schedule:

1. **EXPERT WITNESSES for PLAINTIFF/ COUNTER-PLAINTIFF**       September 6, 2024
   shall be identified by a report listing the qualifications of each expert, each opinion the expert will present, and the basis for each opinion.

2. **EXPERT WITNESSES for DEFENDANT/ COUNTER-DEFENDANT** shall be identified by a       October 6, 2024
   report listing the qualifications of each expert, each opinion the expert will present, and the basis for each opinion.

3. **MEDIATION/ADR:**       December 20, 2024
     X    Required

4. **DISCOVERY** must be completed, and discovery       January 13, 2025
   motions must be filed by:

Written discovery requests are not timely if they are filed so close to this deadline that the recipient would not be required under the Federal Rules of Civil Procedure to respond until after the deadline.

5. **DISPOSITIVE MOTIONS** will be filed by:  January 19, 2025
   (30 days after mediator or magistrate judge declares impasse)

6. **ALL OTHER PRETRIAL MOTIONS**  March 5, 2025
   including motions in limine will be filed by:

7. **JOINT PRETRIAL ORDER** will be filed by:  April 5, 2025
   Plaintiff is responsible for timely filing the complete joint pretrial order. The Court will not accept separate versions of the pretrial order.

8. **DOCKET CALL** is held in Courtroom 9B, on:  July 11, 2025
   starting at:  2:30 p.m.
   No documents filed within three days of docket call will be considered. All pending motions may be ruled on at docket call, and the case will be set for trial if the complete joint pretrial order has been filed.

Signed on November 1, 2024, in Houston, Texas.

_Dena Palermo_
_____
Dena Hanovice Palermo
United States Magistrate Judge