Case 4:23-cv-02184   Document 51   Filed on 02/06/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
February 07, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Rebecca Simonton, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL NO. 4:23-CV-02184 |
| | § | |
| Houston Methodist Continuing Care Hospital, | § | |
| | § | |
| Defendant. | § | |

## AMENDED SCHEDULING ORDER

The Court agreed to the following new deadlines.

| | |
|---|---|
| Plaintiff's Response to Summary Judgment | April 7, 2025 |
| Pretrial Motions | April 14, 2025 |
| Joint Pretrial Order | June 15, 2025 |

Signed on February 6, 2025, at Houston, Texas.

*Dena Palermo*
Dena Hanovice Palermo
United States Magistrate Judge