United States District Court
Southern District of Texas
**ENTERED**
June 24, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| Rebecca Simonton, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. H-23-2184 |
| § | |
| Houston Methodist Continuing § | |
| Care Hospital, § | |
| § | |
| Defendant. § | |

## ORDER OF ADOPTION

The Court has carefully considered the Magistrate Judge's Report and Recommendation (docket no. 61) dated June 9, 2025, and Plaintiff Rebecca Simonton's objections (docket no. 63) and the Court concludes that the Report and Recommendation should be adopted by this Court.

Accordingly, it is **ORDERED** that the Magistrate Judge's Report and Recommendation is hereby **ADOPTED** by this Court.

It is further **ORDERED** that Defendant Houston Methodist Continuing Care Hospital's Motion for Summary Judgment (docket no. 47) is **GRANTED**.

**SIGNED** at Houston, Texas, on this the 24th day of June, 2025

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE