United States District Court
Southern District of Texas
**ENTERED**
June 24, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| Rebecca Simonton, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> Houston Methodist Continuing § <br> Care Hospital, § <br> § <br> Defendant. § | Civil Action No. H-23-2184 |

### FINAL JUDGMENT

In accordance with this Court's Orders of Adoption entered this day adopting the Magistrate Judge's recommendations, it is hereby **ORDERED** and **ADJUDGED** that Plaintiff Rebecca Simonton's claims against Defendant, Houston Methodist Continuing Care Hospital are **DISMISSED WITH PREJUDICE.**

Plaintiff shall **TAKE NOTHING** on the claims asserted in this case.

Costs shall be taxed against Plaintiff.

**THIS IS A FINAL JUDGMENT.**

**SIGNED** at Houston, Texas, on this the 24th day of June, 2025

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE